## PETERSON *v.* UNION TRUST COMPANY ET AL.

[No. 20,000. Filed January 15, 1903. Motion to reinstate overruled March 11, 1903.]

From Adams Circuit Court; *D. D. Heller,* Judge.

Suit by the Union Trust Company against Eliza J. Peterson and others. From a decree for plaintiff, Eliza J. Peterson appeals. Transferred from Appellate Court, under §1337u Burns 1901. *Appeal dismissed.*

*R. S. Peterson, Shaffer Peterson* and *C. O. France,* for appellant *O. B. Jameson* and *F. A. Joss,* for appellees.

HADLEY, C. J.—This appeal was filed here August 21, 1901, and is governed by the rules of this and the Appellate Court promulgated January 4, 1900, and in force since November 26, 1900. There is no index attached to the transcript as required by the third of said rules, and under the authority of *State, ex rel.,* v. *Lankford,* 158 Ind. 34, the appeal is dismissed.

---

## HELMS ET AL. *v.* SHERMAN ET AL.

[No. 19,882. Filed May 1, 1903.]

From Hamilton Circuit Court; *J. F. Neal,* Judge.

Petition by Thomas Sherman and others for a drain. From a judgment for petitioners, remonstrators appeal. *Affirmed.*

*I. W. Christian, W. S. Christian* and *E. C. Cloe,* for appellants. *George Shirts* and *W. R. Fertig,* for appellees.

GILLETT, J.—The same question is presented in this case as was involved in *Makeever* v. *Martindale,* 156 Ind. 655, and upon the authority of that case this case is affirmed.